1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS J. BEEVERS, # 288639
    Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorney for Defendant
    BRUCE WATKINS
6

7

8                    IN THE UNITED STATES DISTRCIT COURT

9                  FOR THE EASTER DISTRCIT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 2:13-CR-268 LKK
                                     )
12              Plaintiff,           )   STIPULATION AND  ORDER
                                     )   TO CONTINUE STATUS CONFERENCE
13  v.                               )
                                     )   DATE:      October 1, 2013
14  BRUCE WATKINS                    )   TIME:      9:15 AM
                                     )   JUDGE:     Hon. Lawrence K. Karlton
15              Defendant.           )
                                     )
16  _____)

17          The parties request that the status conference in this case be continued from Wednesday,

18  September 4, 2013, to Tuesday, October 1, 2013 at 9:15 a.m.  They stipulate that the time

19  between September 4, 2013 and October 1, 2013 should be excluded from the calculation of time

20  under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court

21  excluding such time, so that counsel for the defendant may have reasonable time necessary for

22  effective  preparation,  taking  into  account  the  exercise  of  due  diligence.  18  U.S.C.

23  §3161(h)(7)(A)  and  (B)(iv)  [reasonable  time  for  counsel  to  prepare]  (Local  Code  T-4).

24  Specifically, defense counsel needs additional time to investigate the facts of the case, to consult

25  with an expert, and examine the contraband. The parties stipulate and agree that the interests of

26  justice served by granting this continuance outweigh the best interests of the public and the

27

28

                                            -1-

defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated: September 3, 2013

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
BRUCE WATKINS

Dated: September 3, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Kyle Reardon
KYLE REARDON
Assistant United States Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 4, 2013, be continued to October 1, 2013, at 9:15a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the October 1, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4)

IT IS SO ORDERED.

Dated:  September 3, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT