1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS J. BEEVERS, # 288639
    Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorney for Defendant
    BRUCE WATKINS
6

7

8              IN THE UNITED STATES DISTRCIT COURT

9              FOR THE EASTER DISTRCIT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 2:13-CR-268 LKK
                                     )
12                  Plaintiff,       )   STIPULATION AND ORDER
                                     )   TO CONTINUE STATUS CONFERENCE
13  v.                               )
                                     )   DATE:      October 22, 2013
14  BRUCE WATKINS                    )   TIME:      9:15 AM
                                     )   JUDGE:     Hon. Lawrence K. Karlton
15                  Defendant.       )
                                     )
16

17         The parties request that the status conference in this case be continued from Wednesday,

18  October 1, 2013, to Tuesday, October 22, 2013 at 9:15 a.m.  They stipulate that the time between

19  October 1, 2013 and October 22, 2013 should be excluded from the calculation of time under the

20  Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding

21  such time, so that counsel for the defendant may have reasonable time necessary for effective

22  preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and

23  (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).  Specifically, defense counsel

24  needs additional time to investigate the facts of the case, examine the contraband, and to

25  negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice

26  served by granting this continuance outweigh the best interests of the public and the defendant in

27

28

*United States v. Watkins*                    -1-
Stipulation and Order

1    a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare]

2    (Local Code T4).

3    Dated: September 27, 2013                     Respectfully submitted,
                                                   HEATHER E. WILLIAMS
4                                                  Federal Defender

5                                                  /s/ Douglas Beevers
                                                   DOUGLAS BEEVERS
6                                                  Assistant Federal Defender
                                                   Attorney for Defendant
7                                                  BRUCE WATKINS

8

     Dated: September 27, 2013                     BENJAMIN B. WAGNER
9                                                  United States Attorney

10                                                 /s/ Kyle Reardon
                                                   KYLE REARDON
11                                                 Assistant United States Attorney
                                                   Attorney for Plaintiff

12
                                          ORDER
13

14         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

15   status conference presently set for October 1, 2013, be continued to October 22, 2013, at

16   9:15a.m. Based on the representation of counsel and good cause appearing therefrom, the Court

17   hereby finds that the ends of justice to be served by granting a continuance outweigh the best

18   interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of

19   this Order, to and including, the October 22, 2013, status conference shall be excluded from

20   computation of time within which the trial of this matter must be commenced under the Speedy

21   Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to

22   prepare] (Local Code T4)

23   IT IS SO ORDERED.

24   Dated:  October 1, 2013

25                                          _____
                                            LAWRENCE K. KARLTON
26                                          SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT
27

28