HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
BRUCE WATKINS

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-268 LKK |
| Plaintiff, | ) | ORDER AFTER HEARING |
| v. | ) | |
| BRUCE WATKINS | ) | |
| Defendant. | ) | |

This matter came on calendar for a status conference hearing on October 22, 2013, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Court Judge. Assistant United States Attorney Jason Hitt (for Kyle Reardon) appeared on behalf of the United States of America. Assistant Federal Defender Douglas Beevers appeared on behalf of defendant Bruce Watkins, who was in custody and present before the court. The parties requested that this matter be set for further status conference/change of plea. It was stipulated that this matter be set for a further status conference/change of plea on November 13, 2013 at 9:15 a.m. Additional time is requested to review the discovery, investigate the facts of the case and to negotiate a resolution to the case.

1    Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial
2    Act for the reasons stated above, pursuant to 18 U.S.C. § 3161 (h) (7) (A) and (B) (iv), and Local
3    Code T4 (reasonable time for defense counsel to prepare), from October 22, 2013 up to and
4    including the November 13, 2013 status conference.

5    IT IS HEREBY ORDERED that this matter is set for status conference on November 13,
6    2013 at 9:15 a.m.

7    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h) (7) (A) and (B) (iv),
8    and Local Code T4 (reasonable time for defense counsel to prepare) the period from October 22,
9    2013, up to and including November 13, 2013 is excluded from the time computations required
10   by the Speedy Trial Act due to counsel preparation. The Court finds that the failure to grant the
11   requested continuance in this case would deny both counsel reasonable time necessary for
12   effective preparation, taking into account the exercise of due diligence. The Court finds that the
13   ends of justice to be served by granting the requested continuance outweigh the best interest of
14   the public and defendant in a speedy trial.

Dated:          November 12, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT