1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, # 288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   BRUCE WATKINS

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:13-CR-268 LKK-AC-1 |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING |
| v. | ) |
| BRUCE WATKINS | ) DATE: July 29, 2014<br>) TIME: 9:00 a.m.<br>) JUDGE: Hon. Allison Claire |
| Defendant. | ) |

The parties request that the restitution hearing in this case be continued from June 30, 2014, to July 29, 2014 at 9:00 a.m.  They stipulate that the time between June 30, 2014 and July 29, 2014 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).  Specifically, defense counsel needs additional time to investigate the facts of the case and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

| | |
|---|---|
| Dated: June 27, 2014 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>BRUCE WATKINS |
| Dated: June 27, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Kyle Reardon*<br>KYLE REARDON<br>Assistant United States Attorney<br>Attorney for Plaintiff |

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 30, 2014, be continued to July 29, 2014, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including July 29, 2014, the restitution hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: June 27, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE