HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  13-cr-268 LKK AC |
| Plaintiff, | ORDER RE : WAIVER OF DEFENDANT'S PRESENCE |
| v. | |
| BRUCE AUSTIN WATKINS, | |
| Defendant. | Judge:  Lawrence K. Karlton |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Bruce Austin Watkins, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea implanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may

1  fix the defendant's absence.

2  The defendant further acknowledges being informed of the rights under Title 18 U.S.C.
3  §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates
4  under that Act without the defendant's personal presence.

5  The original signed copy of this waiver is being preserved by the attorney undersigned.

6  Dated:  August 5, 2014

8              /s/ Bruce A. Watkins
             Bruce A. Watkins

10  I agree and consent to my client's waiver of appearance.

11  Dated:  August 5, 2014

12              /s/ Douglas J. Beevers
             DOUGLAS J. BEEVERS
13           Assistant Federal Defender
             Attorney for Defendant
14           RICHARD C. SIHNER

15  IT IS SO ORDERED.

16  Dated:  August 8, 2014

17
18  _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
19  UNITED STATES DISTRICT COURT