UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00268-MCE-AC |
| Plaintiff, | |
| v. | ORDER |
| BRUCE AUSTIN WATKINS, | |
| Defendant. | |

On August 13, 2014, the magistrate judge filed findings and recommendations, ECF No. 52, which were served on all parties and which contained notice that any objections were to be filed within five days.  ECF No. 52.  Defendant filed objections, ECF No. 53, and supplemental objections to the findings and recommendations, ECF No. 55.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

///

1

Accordingly:

1. The findings and recommendations filed August 13, 2014, ECF No. 52, are ADOPTED IN FULL;
2. Defendant is ORDERED to pay restitution to identified victim "Vicky" in the amount of $2,191.74;
3. Payment of the restitution is due during imprisonment at the rate of not less than $25.00 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program; and
4. An Amended Judgment consistent with this Order shall issue.

IT IS SO ORDERED.

Dated: October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT