UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-0268 MCE AC P |
|---|---|
| Respondent, | |
| v. | ORDER |
| BRUCE AUSTIN WATKINS, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant was sentenced by this court on May 28, 2014, to a 90-month prison term, following his plea of guilty to a violation of 18 U.S.C. § 2252(a)(2) (receipt of child pornography). In the instant motion, movant contends that his sentence should be reduced by application of a subsequently-enacted clarifying amendment to the United States Sentencing Guidelines.

Since movant may be entitled to the requested relief, respondent is directed to file an answer within thirty days after the filing date of this order. See Rule 4, Rules Governing Section 2255 Proceedings. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. See Rule 5, Rules Governing Section 2255 Proceedings.

////

1

Movant's traverse, if any, is due within thirty days after the filing date of respondent's answer.

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

SO ORDERED.

DATED: April 24, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE